IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD ENGRAM-BEY, No. B09354, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 14-cv-00904-JPG ) |
| ANGELA CATT, DANA TYLKA, JANE DOE, and JANE DOE, | ) ) ) ) ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On August 18, 2014, Plaintiff Ronald Engram-Bey, an inmate in Jacksonville Correctional Center, filed this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983.  By order dated September 11, 2014, the complaint was dismissed without prejudice, and Plaintiff was given a window of opportunity to file an amended complaint (Doc. 8).  Plaintiff was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action with prejudice, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that he would remain obligated to pay the filing fee.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Despite receiving an extension of time (*see* Doc. 11), Plaintiff has not filed an amended complaint and the deadline for doing so has passed.  It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** this action is **DISMISSED with prejudice**. Furthermore, because Plaintiff has failed to state a claim upon which has been granted, he will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g). Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

DATED:  December 3, 2014

<u>s/J. Phil Gilbert</u>
**United States District Judge**